## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jamie Gilmore,  Civil No. 07-1288 (RHK/AJB)

      Plaintiff, **ORDER**

v.

Northwest Airlines, Inc.,

      Defendant.

Having been advised by counsel that this matter has been settled "in principle," but final settlement documents have not yet been received, **IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 28) scheduled for hearing on June 18, 2008 is **STRICKEN** from the Court's calendar. Counsel are reminded that this matter remains on the October 2008 trial calendar.

Dated: June 3, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge