**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jamie Gilmore, | Civil No. 07-1288 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Northwest Airlines, Inc., | |
| Defendant. | |

---

Based upon the Stipulation of Dismissal With Prejudice filed with this Court by the parties, **IT IS ORDERED** that the claims of Plaintiff Jamie Gilmore against Defendant Northwest Airlines, Inc., be **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 30, 2008

                                                                       s/Richard H. Kyle
                                                                       RICHARD H. KYLE
                                                                       United States District Judge